

1  LINDA PODA, IN PRO SE
   2068 Swensen Ct..
2  San Jose, CA 95131
   Tel: 408-259-4506
3
4  Attorney for Defendant,

**Filed**

MAR - 5 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE





5
6
7           IN THE UNITED STATES DISTRICT COURT
8              NORTHERN DISTRICT OF CALIFORNIA,
                    SAN JOSE DIVISION
9
10 DEUTSCHE BANK NATIONAL TRUST     Case No. **CV12-01097**
   COMPANY AS TRUSTEE FOR DOWNEY
11 2006-AR1
                                    **NOTICE OF REMOVAL AND**
12            Plaintiff,             **CONSOLIDATION OF CIVIL ACTION**
                                     **TO UNITED STATES DISTRICT**
13        vs.                        **COURT UNDER 28 USC §1332, 1441,**
                                     **AND 1446 (DIVERSITY)**
14                                   **CIVIL RICO AND OTHER FEDERAL**
15 LINDA F. PODA, and DOES 1 through X, **ISSUES INCLUDING VIOLATION OF**
   inclusive,                        **CONSTITUTIONAL RIGHTS UNDER**
16                                   **14TH AMENDMENT**
17            Defendants.
                                     **(Santa Clara County Superior Court**
18                                   **Case No 111CV207231)**
19
20 TO ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND THE CLERK OF THE ABOVE

21 ENTITLED COURT:

22 PLEASE TAKE NOTICE THAT pursuant to 28 U.S.C. Sections 1441 and 1446, Defendant, hereby

23 removes and consolidate the action to an existing Federal Case with # _____ in the

24 same court from an improper Jurisdiction the: DEUTSCHE BANK NATIONAL TRUST
25
26 COMPANY, v. LINDA F. FODA, Case No. 111CV207231 from the Superior Court for the State of

27 California, County of Santa Clara, to the United States District Court NORTHERN District San Jose

28 Division, and in support of this removal states as follows:

---
1
**NOTICE TO ADVERSE PARTY AND STATE COURT OF**
**REMOVAL OF CIVIL ACTION TO FEDERAL COURT WITH DECLARATION**

**Procedural History**

1. Defendant, LINDA F. PODA, hereby provides notice of removal of this case from the Superior Court of the State of California, in and for the County of Santa Clara to this Court. A declaration of Defendant is attached as Exhibit 1.

**Timeliness of Removal**

2. Removing Defendant has not been properly served, but accepts service as of the date of filing this Notice of Removal. This Notice of Removal is being filed on March _____ 2012 , and is timely under 28 U.S.C. Sec. 1446(b).[1]

**Basis of Removal Jurisdiction**

3. This is an action in which this Court has original jurisdiction over the State Court Action under 28 U.S.C. Sec. 1332,[2] and the State Court Action may be removed to this Court pursuant to the provisions of 28 U.S.C. Sec. 1441(b),[3] because Plaintiff

---

[1] *28 USC Sec. 1446(b)* The notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within thirty days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter. If the case stated by the initial pleading is not removable, a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable, except that a case may not be removed on the basis of jurisdiction conferred by section 1332 of this title more than 1 year after commencement of the action.

[2] 28 USC Sec. 1332, "Diversity of citizenship; amount in controversy; costs (a) The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between - (1) citizens of different States; (2) citizens of a State and citizens or subjects of a foreign state;..."

[3] 28 USC Sec. 1441, "Actions removable generally (a) Except as otherwise expressly provided by Act of Congress any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending. For purposes of removal under this chapter, the citizenship of defendants sued under fictitious names shall be disregarded, b) Any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties. Any other such action shall be removable only if none of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought."

Trust and the Defendant are citizens of different states and the amount in controversy exceeds the sum of $75,000, exclusive of interests and costs.

**NOTICE TO ADVERSE PARTY AND STATE COURT OF
REMOVAL OF CIVIL ACTION TO FEDERAL COURT WITH DECLARATION**

4. At this time, this action was commenced Plaintiff, DEUTSCHE BANK NATIONAL TRUST COMPANY., is acting as trustee to DSLA MORTGAGE LOAN TRUST 2006-AR1.

5. At this time the Defendant is a citizen of California.

6. Thus, the Plaintiff and Defendants are citizens of different states for purpose of diversity jurisdiction pursuant to 28 U.S.C. Sec. 1332.

7. Defendant claims her damages exceed $75,000.00. Therefore, the amount of the residence at issue for the Defendant exceeds the jurisdictional prerequisite of $75,000.00, exclusive of interest and costs.

### Federal Question Arising under Federal Law

8. This matter is a federal question surrounding procedural due process right guaranteed under the Fourteenth Amendment to the United States Constitution, and the atypical and significant hardship standard of rules of the United States Supreme Court in relation to property rights of Defendant.

9. Defendant contends a federal question not relating to her defense in a state unlawful detainer action, but a federal question surrounding the construction of the Pooling and Service Agreement of the DSLA MORTGAGE LOAN TRUST 2006-AR1, which has not been construed by any court of law, state or federal.

10. Defendant alleges a federal question of due process rights guaranteed by the Fourteenth Amendment to the United States Constitution arising from property interests and unlawful foreclosure by Plaintiff, who has unlawfully foreclosed the said real property.

11. By reason of the foregoing, the above-described action is a civil action which may be removed to this Court by Defendant pursuant to the provisions of 28 *United States Code §1441(a)-(b),* and because it is an action arising under the laws of the United States, over which this district court has original jurisdiction, and in relation to whether Deutsche Bank

**NOTICE TO ADVERSE PARTY AND STATE COURT OF**
**REMOVAL OF CIVIL ACTION TO FEDERAL COURT WITH DECLARATION**

National Trust Company has ownership and authority to act as trustee for Downey 2006-AR1, and whether the said trust has valid ownership of the said real property in dispute.

12. Defendant alleges a federal question exists as to this matter having originated from DOWNEY SAVINGS BANK to DSLA MORTGAGE LOAN TRUST 2006-AR1, and whether plaintiff has established legal standing in the foreclosure action. Defendant asserts her unlimited civil action alleging the Plaintiff does not have standing to foreclosure, is cause arising to a federal question and is grounds for federal jurisdiction as Defendant is seeking to consolidate with that pending action.

## Procedures for Removal

13. Defendant has attached Exhibit I, which constitutes all process, pleadings, and orders received and obtained by Removing Defendant in the State Court Action. 28 U.S.C. Sec. 1446(e).

14. Pursuant to 28 U.S.C. Sec. 1446(d), Removing Defendant is filing a copy of this Notice of Removal with the Superior Court: of the State of California for the County of Los Angeles, and is serving a copy of the same upon the Plaintiff and other Defendants.

## Notice of State Courts

15. A copy of this Notice of Removal is being filed with the Clerk of the Superior Court for the County of Santa Clara, as an Exhibit to the Notice to Adverse Party and State Court of Removal of Civil Action to Federal Court being filed in the Court. A copy of the Notice to Adverse Party and State Court being filed in state court is attached hereto (without exhibits) as Exhibit 2.

4

WHEREFORE, Removing Defendant hereby gives notice that the above action in the Superior

Court of the State of California for the County of Santa Clara is removed in its entirety to this

Court.

DATED: February 29, 2012

*Linda Poda*
Linda Poda,
Attorney for Defendant

NOTICE TO ADVERSE PARTY AND STATE COURT OF
REMOVAL OF CIVIL ACTION TO FEDERAL COURT WITH DECLARATION

1   RENEE BELCASTRO, SBN 270492
    JASON W. SHORT, SBN 263667
2   MICHAEL J. KRAHENBUHL, SBN 271021          ENDORSED
    PITE DUNCAN, LLP
3   4375 Jutland Drive
    Suite 200; P.O. Box 17934                  2011 JUN 15  P 3:34
4   San Diego, CA 92177-0934
    Telephone: (858) 750-7600
5   Facsimile: (619) 590-1385

6   Attorneys for Plaintiff Deutsche Bank National Trust Company as trustee for Downey 2006-
    AR1

7

8

9                SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                  COUNTY OF SANTA CLARA - DOWNTOWN

11  DEUTSCHE BANK NATIONAL TRUST          | CIVIL ACTION NO. 111CV207231
    COMPANY AS TRUSTEE FOR DOWNEY         |
12  2006-AR1                              | COMPLAINT FOR UNLAWFUL
                                          | DETAINER AND MONEY DAMAGES
13                    Plaintiff(s),       |
                                          | AMOUNT DEMANDED DOES NOT
14  vs.                                   | EXCEED $10,000
                                          |
15  LINDA F. PODA, and DOES I through X,  | LIMITED CIVIL CASE
    inclusive,                            |
16                                        | ACTION BASED ON CODE OF CIVIL
                      Defendant(s).       | PROCEDURE SECTION 1161a
17

18      Plaintiff, Deutsche Bank National Trust Company as trustee for Downey 2006-AR1

19  ("Plaintiff"), alleges:

20              CAUSE OF ACTION FOR UNLAWFUL DETAINER

21                      AND MONEY DAMAGES

22      1.    Plaintiff is entitled to the possession of, and is the owner of record of a parcel of

23  real property (hereinafter "property") and the dwelling thereon located at 2068 Swensen Ct., San

24  Jose, CA 95131, more particularly described as follows:

25        LOT 64, AS SHOWN UPON THAT CERTAIN MAP ENTITLED, "TRACT
          NO. 4941,", WHICH MAP WAS FILED FOR RECORD IN THE OFFICE OF
26        THE RECORDER OF THE COUNTY OF SANTA CLARA, STATE OF
          CALIFORNIA, ON MAY 11, 1971 IN BOOK 283 OF MAPS AT PAGES 22
27        AND 23.
          EXCEPTING THEREFROM THE UNDERGROUND WATER OR RIGHTS
28        THERETO, WITH NO RIGHTS OF SURFACE ENTRY, AS GRANTED TO

                                    -1-

SAN JOSE WATER WORKS, A CALIFORNIA CORPORATION, BY INSTRUMENT RECORDED MAY 27, 1971 IN BOOK 9348 OF OFFICIAL RECORDS, PAGE 63.

The property is located within the above-referenced Judicial District and County.

2.     The true names and capacities, whether individual, corporate, associate or otherwise of the Defendants named herein as DOES I through X in occupancy are unknown to Plaintiff, therefore sues said Defendants by such fictitious names. Plaintiff will amend this complaint to show the true names and capacities of such DOE Defendants when they have been ascertained.

3.     Defendant(s), and each of them, are currently in possession of and occupying the property.

4.     Plaintiff purchased the property at a Trustee's Sale held on January 28, 2011. Plaintiff's title has been duly perfected.

5.     Plaintiff has duly recorded the Trustee's Deed Upon Sale, a copy of which is attached hereto as Exhibit "1" and incorporated herein as if set forth in full.

6.     Defendant(s) were served a 90-Day Written Notice To Vacate on February 8, 2011. A copy of the written notice is attached hereto as Exhibit "2" and incorporated herein as set forth in full. Said service was made in compliance with Section 1162 Code of Civil Procedure.

7.     The Defendant(s) failed to comply with the requirements of the 90-Day Written Notice to Vacate, which expired on May 9, 2011.

8.     The Defendant(s) continue in possession of the property unlawfully after expiration of the Written 90-Day Notice to Vacate without permission of the Plaintiff and under no right of claim.

9.     The reasonable value for the use and occupancy of the property is $0.00 per day. Plaintiff seeks damages in that amount from May 10, 2011 and for each day thereafter, until the date of Judgment herein.

10.     Plaintiff has performed all the necessary actions and given all the required notices to bring this Unlawful Detainer action.

-2-

1    WHEREFORE, Plaintiff prays for Judgment against Defendant(s) as follows:

2    1)    For restitution and possession of the property; and

3    2)    For $0.00 which represents the unpaid fair rental value per day for use and

4 occupancy of the property and premises from May 10, 2011 until rendition of Judgment herein;

5    3)    For such other and further relief as the Court may deem just and proper.

7 Dated:    August 10, 2011            PITE DUNCAN, LLP

9                          JASON W. SHORT, SBN 263667
10                         Attorneys for Plaintiff

-3-

## VERIFICATION

State of California )

County of San Diego )

I, JASON W. SHORT, am the attorney for Deutsche Bank National Trust Company as trustee for Downey 2006-AR1, the Plaintiff in this action. Such party is absent from the County where I maintain my office. and I make this verification for and on behalf of that party for that reason. I have read the foregoing Summons and Complaint for Unlawful Detainer and Money Damages and accompanying documents therein and know their contents. I am informed and believe and on that ground allege that matters stated therein are true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 10, 2011, in San Diego, California.

PITE DUNCAN, LLP

By: JASON W. SHORT
Attorney at Law

-4-

14

| DOCUMENT: 21090776 | | Pages: 2 |
|---|---|---|

RECORDING REQUESTED BY:
Old Republic Default Management Services

AND WHEN RECORDED TO:
Central Mortgage Company
801 John Barrow Road
Suite 1
Little Rock, AR 72205

Forward Tax Statements to
the address given above

Fees 18.00
Taxes..
Copies.
AMT PAID 18.00

REGINA ALCOMENDRAS
SANTA CLARA COUNTY RECORDER
Recorded at the request of
Grantor

RDE # 012
2/23/2011
8:49 AM

TS #: 10-37497   1st position   Order #: 33-80119323

SPACE ABOVE LINE FOR RECORDER'S USE

## TRUSTEE'S DEED UPON SALE

A.P.N.: 245-33-030                    Transfer Tax: $0.00

The Grantee Herein was the Foreclosing Beneficiary.
The Amount of the Unpaid Debt was $485,574.75
The Amount Paid by the Grantee was $227,700.00
Said Property is in the City of SAN JOSE, County of Santa Clara

Old Republic Default Management Services, a Division of Old Republic National Title Insurance Company, as Trustee, (whereas so designated in the Deed of Trust hereunder more particularly described or as duly appointed Trustee) does hereby GRANT without covenant or warranty to

Deutsche Bank National Trust Company as Trustee for Downey 2006-AR1

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of Santa Clara, State of California, described as follows:

Lot 64, as shown upon that certain Map entitled, "Tract No. 4941," which Map was filed for record in the Office of the Recorder of the County of Santa Clara, State of California, on May 11, 1971 in Book 283 of Maps at Pages 22 and 23.
Excepting therefrom the underground water or rights thereto, with no rights of surface entry, as granted to San Jose Water Works, a California corporation, by instrument recorded May 27, 1971 in Book 9348 of Official Records, Page 63.

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by LINDA F. PODA, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY as Trustor, dated 9/1/2005 of the Official Records in the office of the Recorder of Santa Clara, California under the authority and powers vested in the Trustee designated in the Deed of Trust or as the duly appointed Trustee, default having occurred under the Deed of Trust pursuant to the Notice of Default and Election to Sell under the Deed of Trust recorded on 9/16/2005, instrument number 18580020, Book —, Page — of official records. Trustee having complied with all applicable statutory requirements of the State of California and performed all duties required by the Deed of Trust including sending a Notice of Default and Election to Sell within ten days after its recording and a Notice of Sale at least twenty days prior to the Sale Date by certified mail, postage pre-paid to each person entitled to notice in compliance with California Civil Code 2924b.

EXHIBIT 1

# TRUSTEE'S DEED UPON SALE

TS #: 10-37497
Loan #: 9041852609
Order #: 33-80119323

All requirements per California Statutes regarding the mailing, personal delivery and publication of copies of Notice of Default and Election to Sell under Deed of Trust and Notice of Trustee's Sale, and the posting of copies of Notice of Trustee's Sale have been complied with. Trustee, in compliance with said Notice of Trustee's sale and in exercise of its powers under said Deed of Trust sold said real property at public auction on 1/28/2011. Grantee, being the highest bidder at said sale became the purchaser of said property for the amount bid, being $227,700.00, in lawful money of the United States, in proper, receipt thereof is hereby acknowledged in full/partial satisfaction of the debt secured by said Deed of Trust.

Date: 2/4/2011

**Old Republic Default Management Services, a Division of Old Republic National Title Insurance Company**

By: _____

**Layne Lambert, Assistant Secretary**

STATE OF California
COUNTY OF Orange

On 2/4/2011 before me, LaMai Sue Evans a Notary Public in and for said county, personally appeared, Layne Lambert who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
LaMai Sue Evans

LAMAI SUE EVANS
COMM. #1818442
NOTARY PUBLIC • CALIFORNIA
ORANGE COUNTY
Commission Expires October 19, 2012

(Seal)

**PITE**
**DUNCAN**
LLP

**February 7, 2011**

**NOTICE TO QUIT**

Steven W. Pite CA/NV/WA
John D. Duncan CA/TX/WA
Peter J. Salmon
CA/ID/UT/WA
David E. McAllister
AZ/CA/NV/OR/UT/WA

Rochelle L. Stanford
AZ/CA/OR/WA
Josephine E. Salmon
AZ/AZ/CA/NV
Laura L. Handley AZ/CA/ID/NV
Daniel R. Gamez CA/TX
Katie E. Gardner CA/NV/TX
Susan L. Pelk AZ/CA/WA
Douglas A. Toleno AZ/CA
Casey M. Nguyen CA/NV
Casey J. Richlin CA/OR
Karina A. Corona CA
Brian A. Paino AZ/CA/TX/WA
Christopher McDermott CA
Gillian A. Benhvy CA
Thomas N. Abbott CA
Drew A. Callahan CA
Natalie N. Nguyen CA
Quani M. Anderson CA
Ellen Cha CA/NV
Erin L. Lucey CA
John S. Aragosa CA
William C. Partridge CA
Christopher L. Peterson CA
Jason W. Short CA
Jason L. Elsdon CA
Joseph C. Delmotte CA
Gabriel Ozel CA/NV/TX
Raymond A. Chavez CA
Stephen A. Schulz CA
Rami L. Chan CA
Carla M. Cabrao CA
Jason J. Moseler CA
Eric J. Keith CA
Andrew J. Nuh CA
David M. Litt CA
Christina M. Harper AZ
Kyle J. Scofyer AZ
Gregg A. Mahler NV
Aida Van Patten ID/NV
Christina S. Sargent NV
Rene Benecek CA/NV
Alston R. Schmidt NV
Sergey D. Izrayelit NV/ID/TX CA/NV
David C. Welling NV
Eric A. Marghads OR/WA
Tracy D. Vizal CA
Claire A. MacK CA/TX
Spencer MacDonald UT
Marc Baker OR/UT/WA
Suzanne R. Kingston WA
Adele Vitul RA/com NV
David K. Bontrager OR
Carrie Thompson Jones AZ
Chad Teeler CA
Alexis M. Berginski CA/NV
Rachel A. DaPena AZ/CA
Robert M. Yeloo CA
Allison C. Llamas AZ/CA
Matthew M. McArthur NV
Matthew J. Cerff NV II CA
Arnold L. Graff CA/NV
Racheal E. Wiggins NV
Philip J. Giles CA
Parada Konradi CA
Renee Belcastro CA
George E. Valdevenso/WA/TX CA
Jared D. Bissell CA
Ben H. Adacon CA
Todd S. Garan CA
Gemma R. Galsoto TX

C.C.P. SECTION 1161a(b)(3)

TO:   LINDA F. PODA
      AND ALL OCCUPANTS, TENANTS, OR SUBTENANTS
      2068 SWENSEN CT.
      SAN JOSE, CA 95131

NOTICE IS HEREBY GIVEN that (i) within three (3) days after service on you of this Notice in the event you are the original owner or a successor owner of the property or (ii) within ninety (90) days after service on you of this Notice in the event you are a tenant or subtenant of the property, and not one of the owners of the property, you are required to quit and deliver up possession of the premises to the undersigned, who is authorized to receive the same. If you fail to deliver possession this office will institute legal proceedings against you to recover possession of said premises and for rents or damages as provided by law, including up to $600 (six hundred dollars) in addition to the actual damages.

You are required to quit and deliver up possession of the premises as that they were duly sold in accordance with Section 2924 of the Civil Code of the State of California under the power of sale contained in the Deed of Trust encumbering the property.  Title to the property has been duly perfected.

Under the Servicemembers Civil Relief Act, 50 App. U.S.C.A. § 18 *et. seq.*, active duty military servicemembers may have additional rights and protections.  Please notify our office immediately if you or any other occupants in the property are active duty military.  You may also wish to contact a member of your Judge Advocate Corps.

This Notice to you is given pursuant to the provisions of Section 1161a(b)(3) and 1161b of the Code of Civil Procedure of the State of California.  If you have any questions please contact our office at (858) 750-7600.

DATED: February 7, 2011               By:   _Renee Belca_
                                            JASON W SHORT
                                            RENEE BELCASTRO
                                            PITE DUNCAN, LLP

*Mailing - Bankruptcy*
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
*Mailing - Unlawful Detainer*
4375 Jutland Drive, Suite 200
P.O. Box 17934
San Diego, CA 92177-0934
*Overnight*
4375 Jutland Drive, Suite 200
San Diego, CA 92117
Ph.: (858) 750-7600
Fax (619) 590-1385

**EXHIBIT** 2

Attorneys licensed to practice in Alaska, Arizona, California, Hawaii
Idaho, Nevada, New York, Oregon, Texas, Utah and Washington
*See above or visit www.piteduncan.com re individual attorney admissions.*

FEB-07-2011 15:43 P.028



**PITE DUNCAN LLP**

Steven W. Pite CA/NV/WA
John D. Duncan CA/TX/WA
Peter J. Salmon CA/ID/UT/WA
David E. McAllister AZ/CA/ID/OR/UT/WA

Rochelle L. Stanford AZ/CA/ID/NV
Jacqueline S. Salmon AZ/AZ/CA/NV
Laura J. Handley AZ/CA/ID/NV
Daniel E. Camou CA/TX
Eddie E. Jimenez CA/NV/TX
Ryan L. Pate CA/CA/HI
Douglas A. Plazak AZ/CA
Cindie M. Nguyen CA/NV
Cathy J. Alarbio CA/OR
Charles A. Correia CA
Melodie A. Williams CA/WA
Brian A. Paino AZ/CA/ID/TX
Christopher McDermott CA
Jillian A. Benbow CA
Thomas N. Abbott CA
Steven A. Callahan CA
Natalie L. Nguyen CA
Canaad M. Anderson CA
Ellen Cha CA/OR
Eric L. Laney CA
John R. Adams CA
William L. Partridge CA
Christopher L. Peterson CA
Jason P. Short CA
Jamie L. Slinger CA
Joseph C. Delmotte CA
Gabriel Opal CA/NV/TX
Halpreet K. Thiara CA
Natalie A. Schiff CA
Hien P. Phan CA
Travis J. Litte CA
Carla M. Stalcup CA
Ellen J. Wroder CA
Bryan J. Brown CO/TX
Lauren S. Tanta CA
Catherine A. Vinh CA
David T. Salmon CA
Christina M. Harper AZ
Kyle A. Shauya AZ
Gregg A. Husley NV
Ann T. Van Fallon IDNV
Christina S. Murray NV
Sam Bennett CA/HI
Allison R. Schiefel NV
Christopher A. A. Swift CA/NV
David C. Welling NV
Eric A. Marchesak OR/WA
Amoy D. Pina CA
Claire A. Moeck CA/TX
Spence Macdonald UT
Jesse Baker OR/WA
Shannon L. Klaaren WA
Adele Ugil Karloom NV
David J. Boeninger OR
Cervie Thompson Jones AZ
Chad L. Butler CA
Alicia M. Barchuth CA/NV
Rachel A. DaPena AZ/CA
Gilbert R. Yabes CA
Alison C. Lienau AZ/CA
Matthew M. McArthur NV
Matthew R. Clark III CA
Arnold L. Graff CA/HI

*Mailing - Bankruptcy*
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0935
*Mailing - Unlawful Detainer*
4375 Jutland Drive, Suite 200
P.O. Box 17934
San Diego, CA 92177-0934
*Overnight*
4375 Jutland Drive, Suite 200
San Diego, CA 92117
Ph.: (858) 750-7600
Fax (619) 590-1385

February 7, 2011

### Notice to Any Renters Living At

2068 Swensen Ct., San Jose, CA 95131

The attached notice means that your home was recently sold in foreclosure and the new owner plans to evict you.

You should talk to a lawyer NOW to see what your rights are. You may receive court papers in a few days. If your name is on the papers it may hurt your credit if you do not respond and simply move out.

Also, if you do not respond within five days of receiving the papers, even if you are not named in the papers, you will likely lose any rights you may have. In some cases, you can respond without hurting your credit. You should ask a lawyer about it.

You may have the right to stay in your home for 90 days or longer, regardless of any deadlines stated on any attached papers. In some cases and in some cities with a "just cause for eviction law," you may not have to move at all. But you must take the proper legal steps in order to protect your rights.

### How to Get Legal Help

If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

Attorneys licensed to practice in Alaska, Arizona, California, Hawaii
Idaho, Nevada, New York, Oregon, Texas, Utah and Washington
*See above or visit www.piteduncan.com re individual attorney admissions.*

**NOTICE:** EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.

1) If you live here and you do not complete and submit this form within 10 days of the date of service shown on this form, you will be evicted without further hearing by the court along with the persons named in the Summons and Complaint.

2) If you file this form, your claim will be determined in the eviction action against the persons named in the Complaint.

3) If you do not file this form, you will be evicted without further hearing.

| CLAIMANT OR CLAIMANT'S ATTORNEY (Name and Address):    TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|
| ATTORNEY FOR (Name): | |

| | |
|---|---|
| NAME OF COURT: | Superior Court of California - County of Santa Clara - Downtown |
| STREET ADDRESS: | 191 North First Street |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: | San Jose, CA  95113 |
| BRANCH NAME: | |
| PLAINTIFF: | Deutsche Bank National Trust Company as trustee for Downey 2006-AR1 |
| DEFENDANT: | Linda F. Poda, and DOES I through X, inclusive |

**PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**

Complete this form only if ALL of these statements are true:
1) You are NOT named in the accompanying Summons and Complaint.
2) You occupied the premises on or before the date the unlawful detainer (eviction) Complaint was filed.
3) You still occupy the premises.

CASE NUMBER: 111CV207231

(To be completed by the process server)
DATE OF SERVICE: 9-18-11
(Date that this form is served or delivered, and posted, and mailed by the officer or process server)

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:

1) My name is (specify):

2) I reside at (street address, unit No., city and ZIP code):

3) The address of "the premises" subject to this claim is (address):

2068 Swensen Ct., San Jose, CA 95131

4) On (insert date): _____, the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. (This date is the court filing date on the accompanying Summons and Complaint.)

5) I occupied the premises on the date the complaint was filed (the date in item 4). I have continued to occupy the premises ever since.

6) I was at least 18 years of age on the date the complaint was filed (the date in item 4).

7) I claim a right to possession of the premises because i occupied the premises on the date the complaint was filed (the date in item 4).

8) I was not named in the Summons and Complaint.

9) I understand that if I make this claim of right to possession, I will be added as a defendant to the unlawful detainer (eviction) action.

10) (Filing fee) I understand that I must go to the court and pay a filing fee of $_____ or file with the court the form "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file with the court the form for waiver of court fees within 10 days from the date of service on this form (excluding court holidays), I will not be entitled to make a claim of right to possession.

(Continued on reverse)

CP10.5 [New January 1, 1991]   **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**   Code of Civil Procedure, §§ 415.46, 715.010, 715.020, 1174.25

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | | FOR COURT USE ONLY |
|---|---|---|
| RENEE BELCASTRO, SBN 270492<br>JASON W. SHORT, SBN 263667<br>PITE DUNCAN, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17934, San Diego, CA 92177-0934<br>ATTORNEY FOR *(Name):* Deutsche Bank | Phone:     858-750-7600<br>Facsimile:  619-590-1385 | ENDORSED<br><br>2011 AUG 15  P 3: 01<br><br>*[stamp illegible]* |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA

| | |
|---|---|
| STREET ADDRESS: | 191 North First Street |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: | San Jose, CA 95113 |
| BRANCH NAME: | County of Santa Clara - Downtown |

CASE NAME: Deutsche Bank vs. Linda F. Poda

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [ ] Unlimited  [X] Limited<br>(Amount        (Amount<br>demanded      demanded is<br>exceeds $25,000)  $25,000 or less) | [ ] Counter   [ ] Joinder<br><br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | 111CV207231<br><br>JUDGE:<br><br>DEPT: |

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation<br>(Cal. Rules of Court, rules 3.400-3.403) |
|---|---|---|
| [ ] Auto (22)<br>[ ] Uninsured motorist (46) | [ ] Breach of contract/warranty (06)<br>[ ] Rule 3.740 collections (09) | [ ] Antitrust/Trade regulation (03)<br>[ ] Construction defect (10) |
| Other PI/PD/WD (Personal Injury/Property<br>Damage/Wrongful Death) Tort | [ ] Other collections (09)<br>[ ] Insurance coverage (18) | [ ] Mass tort (40)<br>[ ] Securities litigation (28) |
| [ ] Asbestos (04)<br>[ ] Product liability (24)<br>[ ] Medical malpractice (45) | [ ] Other contract (37)<br>**Real Property** | [ ] Environmental/Toxic tort (30)<br>[ ] Insurance coverage claims arising from the<br>above listed provisionally complex case |
| [ ] Other PI/PD/WD (23)<br>Non-PI/PD/WD (Other) Tort | [ ] Eminent domain/Inverse<br>condemnation (14)<br>[ ] Wrongful eviction (33) | types (41)<br>**Enforcement of Judgment** |
| [ ] Business tort/unfair business practice (07)<br>[ ] Civil rights (08) | [ ] Other real property (26)<br>**Unlawful Detainer** | [ ] Enforcement of judgment (20) |
| [ ] Defamation (13)<br>[ ] Fraud (16) | [ ] Commercial (31)<br>[X] Residential (32) | **Miscellaneous Civil Complaint**<br>[ ] RICO (27) |
| [ ] Intellectual property (19)<br>[ ] Professional negligence (25) | [ ] Drugs (38)<br>**Judicial Review** | [ ] Other complaint *(not specified above)* (42)<br>**Miscellaneous Civil Petition** |
| [ ] Other non-PI/PD/WD tort (35)<br>**Employment** | [ ] Asset forfeiture (05)<br>[ ] Petition re: arbitration award (11) | [ ] Partnership and corporate governance (21)<br>[ ] Other petition *(not specified above)* (43) |
| [ ] Wrongful termination (36)<br>[ ] Other employment (15) | [ ] Writ of mandate (02)<br>[ ] Other judicial review (39) | |

2. This case [ ] is  [X] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties          d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel     e. [ ] Coordination with related actions pending in one or more courts
         issues that will be time-consuming to resolve                   in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence             f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [X] monetary b. [X] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action *(specify):* 1
5. This case [ ] is  [X] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date: August 10, 2011

JASON W. SHORT, SBN 263667
(TYPE OR PRINT NAME)                          ▶        (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this coversheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any coversheet.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740<br>Cal. Standards of Judicial Administration, std 3.10 |
|---|---|---|

**NOTICE:** EVERYONE WHO LIVES IN HIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.

1) If you live here and you do not complete and submit this form within 10 days of the date of service shown on this form, you will be evicted without further hearing by the court along with the persons named in the Summons and Complaint.

2) If you file this form, your claim will be determined in the eviction action against the persons named in the Complaint.

3) If you do not file this form, you will be evicted without further hearing.

| CLAIMANT OR CLAIMANT'S ATTORNEY (Name and Address): TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|
| ATTORNEY FOR (Name): | |

| | |
|---|---|
| **NAME OF COURT:** | Superior Court of California - County of Santa Clara - Downtown |
| STREET ADDRESS: | 191 North First Street |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: | San Jose, CA 95113 |
| BRANCH NAME: | |
| **PLAINTIFF:** | Deutsche Bank National Trust Company as trustee for Downey 2006-AR1 |
| **DEFENDANT:** | Linda F. Poda, and DOES I through X, inclusive |

**PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**

Complete this form only if ALL of these statements are true:
1) You are NOT named in the accompanying Summons and Complaint.
2) You occupied the premises on or before the date the unlawful detainer (eviction) Complaint was filed.
3) You still occupy the premises.

CASE NUMBER: 111CV207231

(To be completed by the process server)
DATE OF SERVICE: 8-18-11
(Date that this form is served or delivered, and posted, and mailed by the officer or process server)

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:

1) My name is (specify):

2) I reside at (street address, unit No., city and ZIP code):

3) The address of "the premises" subject to this claim is (address):

2068 Swensen Ct., San Jose, CA 95131

4) On (insert date): [ 8/15/11 ], the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. (This date is the court filing date on the accompanying Summons and Complaint.)

5) I occupied the premises on the date the complaint was filed (the date in item 4). I have continued to occupy the premises ever since.

6) I was at least 18 years of age on the date the complaint was filed (the date in item 4).

7) I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed (the date in item 4).

8) I was not named in the Summons and Complaint.

9) I understand that if I make this claim of right to possession, I will be added as a defendant to the unlawful detainer (eviction) action.

10) (Filing fee) I understand that I must go to the court and pay a filing fee of $_____ or file with the court the form "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file with the court the form for waiver of court fees within 10 days from the date of service on this form (excluding court holidays), I will not be entitled to make a claim of right to possession.

(Continued on reverse)

**PREJUDGMENT CLAIM OF RIGHT TO POSSESSION** Code of Civil Procedure, §§ 415.46, 715.010, 716.020, 1174.25

| PLAINTIFF *(Name)*: DEUTSCHE BANK | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name)*: LINDA F. PODA, et al | |

---

**NOTICE: If you fail to file this claim, you will be evicted without further hearing.**

11) *(Response required within five days after you file this form)* I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

12) **Rental agreement.** I have *(check all that apply to you)*:
a) ☐ an oral rental agreement with the landlord.
b) ☐ a written rental agreement with the landlord.
c) ☐ an oral rental agreement with a person other than the landlord.
d) ☐ a written rental agreement with a person other than the landlord.
e) ☐ other *(explain)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**WARNING: Perjury is a felony punishable by imprisonment in the state prison.**

Date:

..................................................................................
(TYPE OR PRINT NAME)                                    (SIGNATURE OF CLAIMANT)

**NOTICE:** If you file this claim of right to possession, the unlawful detainer (eviction) action against you will be determined at trial.   At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

---

**NOTICE TO OCCUPANTS**

YOU MUST ACT AT ONCE if all the following are true:
1) You are NOT named in the accompanying Summons and Complaint.
2) You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed. *(The date is the court filing date on the accompanying Summons and Complaint.)*
3) You still occupy the premises.

*(Where to file this form)* You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the reverse of this form) at the court where the unlawful detainer (eviction) complaint was filed.

*(What will happen if you do not file this form)* If you do not complete and submit this form ( and pay a filing fee or file the form for proceeding in forma pauperis if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. *If you do not file this claim, you will be evicted without a hearing.*

---

# SUMMONS
## (CITACION JUDICIAL)
### UNLAWFUL DETAINER—EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)



**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

ENDORSED

2011 AUG 15 P 3: 34

Chief Executive Officer/Clerk Superior Court
County of Santa Clara
By L. Komorovsky

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):* Linda F. Poda and Does I through X, Inclusive

**YOU ARE BEING SUED BY THE PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Deutsche Bank National Trust Company as trustee for Downey 2006-AR1

---

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday or a court holiday then you have the next court day to file a written response.) Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte está cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov), o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

---

| 1. The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Superior Court of California<br>County of Santa Clara - Downtown<br>191 North First Street<br>San Jose, CA 95113 | CASE NUMBER:<br>*(Número del caso):*<br>111CV207231 |
|---|---|

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney is:
   *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

RENEE BELCASTRO, SBN 270482    4375 Jutland Drive, Suite 200    (phone): (858) 750-7600
JASON W. SHORT, SBN 263667     P.O. Box 17934, San Diego, CA 92177    (fax): (619) 590-1385

3. *(Must be answered in all cases)* An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400—6415) ☒ did not ☐ did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

Date: AUG 15 2011
*(Fecha)*

Clerk, by DAVID H. YAMASAKI, Chief Executive Officer/Clerk, L. Komorovsky, Deputy
*(Secretario)* *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (form POS-010).)*

| [SEAL] | 4. NOTICE TO THE PERSON SERVED: You are served<br>a. ☐ as an individual defendant<br>b. ☐ as the person sued under the fictitious name of *(specify):*<br>c. ☒ as an occupant<br>d. ☒ on behalf of *(specify):* **ALL OTHER OCCUPANTS**<br>    under: ☐ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)<br>          ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)<br>          ☐ CCP 416.40 (association of partnership)    ☐ CCP 416.90 (authorized person)<br>          ☒ CCP 415.46 (occupant)    ☐ Other *(specify):*<br>5. ☐ by personal delivery on *(date):* |
|---|---|

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

Code of Civil Procedure, §§ 412.20, 415.456, 1167
www.courtinfo.ca.gov

SUM-130

| PLAINTIFF *(Name):* Deutsche Bank | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name):* Linda F. Poda, et al. | |

8. Unlawful detainer assistant *(complete if plaintiff has received any help or advise for pay from an unlawful detainer assistant):*
   a. Assistant's name:
   b. Telephone no.:
   c. Street address, city, and zip:

   d. County of registration:
   e. Registration no.:
   f. Registration expires on *(date):*

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2005]

SUMMONS---UNLAWFUL DETAINER---EVICTION

Code of Civil Procedure, §§ 412.20, 415.456, 1167
www.courtinfo.ca.gov