RENEE BELCASTRO, SBN 270492
MICHAEL J. KRAHENBUHL, SBN 271021
MICHAEL M. BAKER, SBN 273232
PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200
SAN DIEGO, CA 92177-0935
TELEPHONE: (858) 750-7600
FACSIMILE: (619) 590-1385

Attorneys for Plaintiff DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR DOWNEY 2006-AR1

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR DOWNEY 2006-AR1,<br><br>Plaintiff,<br><br>v.<br><br>LINDA F. PODA,<br><br>Defendants. | Case No.  5:12-cv-01097-LHK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND**<br><br>DATE:  September 27, 2012<br>TIME:  1:30 p.m.<br>ROOM:  8<br><br>HON:  Lucy H. Koh |

Having read and considered Plaintiff DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR DOWNEY 2006-AR1'S ("Plaintiff") motion requesting an order remanding Case No. 5:12-cv-01097-LHK to the Santa Clara County Superior Court, and good cause appearing therefore, IT IS ORDERED THAT:

1. Plaintiff's Motion to Remand is granted.

2. This case is hereby remanded to the Santa Clara County Superior Court and the Federal Matter (5:12-cv-01097-LHK) is closed.

Dated: _____

_____
Honorable Judge of the District Court